UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 22-07277
SHAWN K BOOKER,  )
  )  Chapter: 13
  )  Honorable Donald R. Cassling
  )
  )
Debtor(s)  )

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the Motion of the Movant, Pac Auto Finance, the Court having jurisdiction and being advised in the premises, and due notice having been given:

IT IS HEREBY ORDERED:

1. The motion is granted in favor of Movant, Pac Auto Finance.

2. That the automatic stay heretofore entered is modified to permit the said PAC AUTO FINANCE or its assigns to take possession of and pursue all non-bankruptcy rights in the 2015 Maserati Ghibli, VIN# ZAM57XSAXF1143309.

3. That Federal Bankruptcy Rule 4001(a)(3) is not applicable and Pac Auto Finance may immediately implement and enforce this order granting relief from the automatic stay.

4. No objection to the motion having been lodged within the time required by Sixth Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter:  /s/ Donald R. Cassling

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: July 14, 2022

**Prepared by:**

Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
Amy A. Aronson  6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
22-096797